UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ELLIS,<br><br>                  Plaintiff,<br><br>           v.<br><br>EQUIFAX INC., et al.,<br><br>                  Defendants. | Case No. 15-CV-01959-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE STIPULATIONS OF DISMISSAL** |

On July 2, 2015, Defendant Experian Information Solutions, Inc. ("Experian") filed a notice of settlement between Plaintiff Michael Ellis ("Plaintiff") and Experian. ECF No. 17. In that notice of settlement, Experian stated that the parties "have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian," and further stated that the parties would file a stipulation of dismissal of all claims asserted against Experian within 90 days. *Id.* at 1.

On August 25, 2015, Plaintiff filed a notice of settlement between Plaintiff and Defendant Navy Federal Credit Union ("Navy Federal") in which Plaintiff stated they "have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement." ECF No. 24, at 1.

The Court hereby ORDERS the parties to file a stipulation of dismissal as to Experian, and a stipulation of dismissal as to Navy Federal, by 2 p.m. on August 31, 2015. If the parties cannot file a stipulation of dismissal by that date and time, they shall file by 2 p.m. on August 31, 2015 a joint statement explaining how long and why additional time is necessary.

**IT IS SO ORDERED.**

Dated: August 26, 2015

_____
LUCY H. KOH
United States District Judge