UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ELLIS,<br><br>            Plaintiff,<br><br>     v.<br><br>EQUIFAX INC., et al.,<br><br>            Defendants. | Case No. 15-CV-01959-LHK<br><br>**ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

On August 26, 2015, the Court issued an Order Directing Parties to File Stipulations of Dismissal. ECF No. 26. In that Order, the Court ordered Plaintiff Michael Ellis ("Plaintiff") and Defendant Navy Federal Credit Union ("Navy Federal") to file a stipulation of dismissal or, if the parties could not file such a stipulation, to file a joint statement explaining how long the parties needed to file a stipulation and why additional time was necessary.[1] *Id.* at 2. The Court ordered the parties to file such a stipulation or statement by 2 p.m. on August 31, 2015. *Id.* At this time, the parties have not filed either a stipulation or statement. Accordingly, the initial case management

---

[1] The Court also ordered Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") to file a stipulation of dismissal by August 31, 2015 at 2 p.m., ECF No. 26 at 2, which Plaintiff and Experian timely filed on August 28, 2015, ECF No. 27.

1
Case No. 15-CV-01959-LHK
ORDER REGARDING CASE MANAGEMENT CONFERENCE

1  conference, currently scheduled for September 2, 2015 at 2 p.m., remains as set.

2  **IT IS SO ORDERED.**

4  Dated: August 31, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-01959-LHK
ORDER REGARDING CASE MANAGEMENT CONFERENCE