UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ELLIS,<br><br>         Plaintiff,<br><br>   v.<br><br>EQUIFAX INC., et al.,<br><br>         Defendants. | Case No. 15-CV-01959-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Elliot Gale
Defendant Equifax Inc.'s Attorney: No appearance

     An initial case management conference was held on September 2, 2015. The Court did not set a case schedule. A further case management conference is set for September 16, 2015, at 2:00 p.m. The parties shall file their joint case management statement by September 9, 2015.

     Plaintiff and Defendant Equifax Inc. shall file a stipulation of dismissal no later than September 8, 2015.

**IT IS SO ORDERED.**

Dated: September 2, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No. 15-CV-01959-LHK
CASE MANAGEMENT ORDER