United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ELLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INC.,<br><br>    Defendant. | Case No. 15-CV-01959-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for September 16, 2015 at 2:00 p.m. *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, September 14, 2015. Additionally, pursuant to the Court's Case Management Order, ECF No. 32, the parties were to have filed a stipulation of dismissal no later than September 8, 2015. This stipulation has not yet been filed. The Joint Case Management Statement should address why the stipulation has not yet been filed and when the stipulation will be filed.

**IT IS SO ORDERED.**

1

Case No. 15-CV-01959-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT

1   Dated: September 10, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge